UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-22428-CIV-KING

JMT EVENTS, INC.,
a Florida corporation,

    Plaintiff,

v.

AZOULAY ENTERPRISES, INC.,
a California corporation,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

THIS CAUSE is before the Court upon Defendant's Motion for Summary Judgment (D.E. #59), filed April 21, 2009. Plaintiff filed its Response in Opposition on May 8, 2009 (D.E. #63).

The Court has reviewed all of the relevant pleadings, including Defendant's Motion and Plaintiff's Response. Plaintiff, in its Response, alleges that Defendant's Motion for Summary Judgment is nothing more than "a pastiche of [Defendant's] Motion for Judgment on the Pleadings (D.E. 54) and [Defendant's] Reply memorandum in support of that same motion (D.E. 57), copied word-for-word on every substantive point." (D.E. #63). Upon its own independent review,

the Court notes that Plaintiff's analysis seems accurate. The Plaintiff asks this Court to order Defendant to "show cause why it and/or its counsel should not bear responsibility for wasting the Court's time and Plaintiff's precious resources on such frivolous papers, including payment of Plaintiff's reasonable attorney's fees incurred in connection with this Motion . . . ." (D.E. #63).

After careful consideration and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED, and DECREED** that Defendant's Motion for Summary Judgment (**D.E. #59**) be, and the same, is hereby **DENIED**. The above-styled matter **SHALL PROCEED** by Plaintiff JMT Events, Inc. against Defendant Azoulay Enterprises, Inc. in accordance with the Court's November 21, 2008 Scheduling Order (D.E. #14) setting final pretrial conference on August 14, 2009 and trial to commence on the Court's trial calendar of September 14, 2009. The Court will assess any requests for fees and costs at the end of the case.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 11th day of May, 2009.

_____
JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:  **_Counsel for Plaintiff_**
**Roger S. Kobert**
Rafferty Stolzenberg Gelles, et al.
1401 Brickell Avenue
Suite 825
Miami, FL 33131

**_Counsel for Defendant_**
**David S. Willig**
2837 SW 3rd Avenue
Miami, FL 33129